UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| QUAHSYM PARKER, | ) |
| Plaintiff, | ) ) ) **ORDER** |
| -against- | ) **CIVIL ACTION No. :** |
| SERGEANT KEVIN FOX, CORRECTIONALOFFICER S. LEAR | ) 23-CV-5174 |
| and CORRECTIONAL OFFICER ZAMOR, | ) ) |
| Individually and as employees of the STATE OF NEW YORK | ) |
| Defendants. | ) ) ) |

_____

**IT IS HEREBY ORDERED,** that Defendants, SERGEANT KEVIN FOX, CORRECTIONALOFFICER S. LEAR and CORRECTIONAL OFFICER ZAMOR, by his attorney, Daniel S. Kirchbaum, A.A.G., has leave of this Court to take the deposition testimony of Inmate Plaintiff, QUAHSYM PARKER, pursuant to Rule 30 of the Federal Rules of Civil Procedure; and it is further

**ORDERED**, that the Warden or other official in charge of the COXSACKIE CORRECTIONAL FACILITY 11260 RTE 9W COXSACKIE, NEW YORK, produce the Plaintiff, QUAHSYM PARKER, (DIN#19A2581), on a mutually agreed date between the attorneys, to wit, January 11, 2024 at 10:00 AM, in accordance with the deadline of this Court,(Order of December 11, 2023), at a suitable locate on within the Coxsackie Correctional Facility, for the purpose of participating in a Court Ordered virtual deposition.

**Dated:** December 20, 2023

                                                        **SO ORDERED:**

*/s/ Andrew Krause*

**Magistrate Judge, Hon. Andrew E. Krause**

1