UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Quahsym Parker

|                          |                    |
|--------------------------|--------------------|
|            Plaintiff,    | **SCHEDULING ORDER** |
|       -against-          | 7:23-cv-05174 (AEK) |

Sergeant Kevin Fox, et al.

                              Defendants.
------------------------------------------------------------x

The Court has scheduled a Settlement Conference for September 16, 2024 at 10:00 a.m. via Microsoft Teams. A separate e-mail will be sent to counsel containing information on how to connect to the conference.

In addition to Counsel, Parties with authority to fully resolve the matter are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information counsel believes would assist the Court in preparation for the conference. In addition, prior to the submission of the *ex parte* letters, Plaintiff must make at least one new settlement demand, and Defendants must make at least one new settlement offer.

Dated:  July 9, 2024
        White Plains, New York

                                     SO ORDERED

                                     Kim P. Berg
                                     United States Magistrate Judge