UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUAHSYM PARKER,

                    Plaintiff,

-against-

SERGEANT KEVIN FOX et al,

                    Defendants.

**ORDER**
**CIVIL ACTION No. :**
**23-CV-5174(KMK)(AEK)**

IT IS HEREBY ORDERED, that Plaintiff Quahsym Parker, have leave of this Court to appear virtually at the Settlement Conference scheduled before Honorable Kim Berg, U.S. Magistrate Judge on September 16, 2024 at 10:00 am; and

IT IS ORDERED THAT the Warden or other officials in charge of UPSTATE CORRECTIONAL FACILITY, 390 Bare Hill Rd, Malone, New York, produce Plaintiff Quahsym Parker (DIN#19A2581) on September 16, 2024 at 10:00 am at a suitable location within the Upstate Correctional Facility for purpose of participating in the Court ordered virtual settlement conference.

SO ORDERED

Dated: 9/11/24

HON. KIM P. BERG

1